**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STEVEN CAFIERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-CV-01303-JAR |
| | ) |
| KEURIG DR PEPPER INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 12). Plaintiff Steven Cafiero and Defendant Dr Pepper/Seven Up Manufacturing Company (improperly named as "Keurig Dr Pepper Inc.") have agreed to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice**, with each party to bear its own costs and fees.

Dated this 16th day of December, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE